# EXHIBIT 3

RTV Capture Nov 14 2018.pcapng

File  Edit  View  Go  Capture  Analyze  Statistics  Telephony  Wireless  Tools  Help

Apply a display filter ... <Ctrl-/>                                                          Expression...  +

| No. | Time | Source | Destination | Protocol | Length | Info |
|---|---|---|---|---|---|---|
| 1 | 0.000000 | 8.18.25.20 | 192.168.1.3 | TLSv1 | 91 | Encrypted Alert |
| 2 | 0.003968 | 192.168.1.3 | 8.18.25.20 | TLSv1 | 91 | Encrypted Alert |
| 3 | 0.005264 | 192.168.1.3 | 8.18.25.20 | TCP | 54 | 49406 → 443 [FIN, ACK] Seq=38 Ack=38 Win=4224 Len=0 |
| 4 | 0.077925 | 8.18.25.20 | 192.168.1.3 | TCP | 54 | 443 → 49406 [ACK] Seq=38 Ack=39 Win=40 Len=0 |
| 5 | 0.307369 | 8.18.25.20 | 192.168.1.3 | TCP | 54 | 443 → 49406 [FIN, ACK] Seq=38 Ack=39 Win=40 Len=0 |
| 6 | 0.307651 | 192.168.1.3 | 8.18.25.20 | TCP | 54 | 49406 → 443 [ACK] Seq=39 Ack=39 Win=4224 Len=0 |
| 7 | 11.806691 | 192.168.1.3 | 38.118.50.48 | TCP | 97 | 49371 → 5721 [PSH, ACK] Seq=1 Ack=1 Win=4092 Len=43 |
| 8 | 11.820180 | 38.118.50.48 | 192.168.1.3 | TCP | 93 | 5721 → 49371 [PSH, ACK] Seq=1 Ack=44 Win=511 Len=39 |
| 9 | 12.024342 | 192.168.1.3 | 38.118.50.48 | TCP | 54 | 49371 → 5721 [ACK] Seq=44 Ack=40 Win=4082 Len=0 |
| 10 | 25.392052 | 192.168.1.1 | 239.255.255.250 | SSDP | 312 | NOTIFY * HTTP/1.1 |
| 11 | 25.392567 | 192.168.1.1 | 239.255.255.250 | SSDP | 376 | NOTIFY * HTTP/1.1 |
| 12 | 25.392570 | 192.168.1.1 | 239.255.255.250 | SSDP | 386 | NOTIFY * HTTP/1.1 |
| 13 | 32.072759 | 192.168.1.3 | 38.118.50.48 | TCP | 90 | 49366 → 5721 [PSH, ACK] Seq=1 Ack=1 Win=4199 Len=36 |
| 14 | 32.380487 | 192.168.1.3 | 38.118.50.48 | TCP | 90 | [TCP Retransmission] 49366 → 5721 [PSH, ACK] Seq=1 Ack=1 Win=4199 Len=36 |
| 15 | 32.988855 | 192.168.1.3 | 38.118.50.48 | TCP | 90 | [TCP Retransmission] 49366 → 5721 [PSH, ACK] Seq=1 Ack=1 Win=4199 Len=36 |
| 16 | 34.189827 | 192.168.1.3 | 38.118.50.48 | TCP | 90 | [TCP Retransmission] 49366 → 5721 [PSH, ACK] Seq=1 Ack=1 Win=4199 Len=36 |
| 17 | 35.406611 | 192.168.1.3 | 38.118.50.48 | TCP | 90 | [TCP Retransmission] 49366 → 5721 [PSH, ACK] Seq=1 Ack=1 Win=4199 Len=36 |
| 18 | 35.408736 | 192.168.1.1 | 192.168.1.3 | ICMP | 118 | Destination unreachable (Network unreachable) |
| 19 | 36.607705 | 192.168.1.3 | 38.118.50.48 | TCP | 90 | [TCP Retransmission] 49366 → 5721 [PSH, ACK] Seq=1 Ack=1 Win=4199 Len=36 |
| 20 | 37.028997 | IntelCor_19:70:53 | 78:d2:94:6f:5a:a1 | ARP | 42 | Who has 192.168.1.1? Tell 192.168.1.3 |
| 21 | 37.033678 | 78:d2:94:6f:5a:a1 | IntelCor_19:70:53 | ARP | 42 | 192.168.1.1 is at 78:d2:94:6f:5a:a1 |
| 22 | 39.010356 | 192.168.1.3 | 38.118.50.48 | TCP | 90 | [TCP Retransmission] 49366 → 5721 [PSH, ACK] Seq=1 Ack=1 Win=4199 Len=36 |
| 23 | 43.824617 | 192.168.1.3 | 38.118.50.48 | TCP | 90 | [TCP Retransmission] 49366 → 5721 [PSH, ACK] Seq=1 Ack=1 Win=4199 Len=36 |

▷ Frame 1: 91 bytes on wire (728 bits), 91 bytes captured (728 bits) on interface 0
▷ Ethernet II, Src: 78:d2:94:6f:5a:a1 (78:d2:94:6f:5a:a1), Dst: IntelCor_19:70:53 (a0:d3:7a:19:70:53)
▷ Internet Protocol Version 4, Src: 8.18.25.20, Dst: 192.168.1.3
▷ Transmission Control Protocol, Src Port: 443, Dst Port: 49406, Seq: 1, Ack: 1, Len: 37
▷ Secure Sockets Layer

```
0000   a0 d3 7a 19 70 53 78 d2  94 6f 5a a1 08 00 45 00   ..z.pSx. .oZ...E.
0010   00 4d 89 2a 40 00 2d 06  e1 af 08 12 19 14 c0 a8   .M.*@.-. ........
0020   01 03 01 bb c0 fe c3 fc  9a bb f2 4d 7b 8c 50 18   ........ ...M{.P.
0030   00 28 f0 86 00 00 15 03  01 00 20 a7 eb ff c9 63   .(...... .. ....c
0040   33 90 06 7c 11 b7 a8 93  cd 17 60 4f d3 47 9e 5b   3..|.... ..`O.G.[
0050   97 7c 1d 8c be 62 50 fe  2b 01 de                  .|...bP. +..
```

RTV Capture Nov 14 2018                                  Packets: 23 · Displayed: 23 (100.0%) · Load time: 0:0.116          Profile: Default



10:00 AM
1/17/2019