# EXHIBIT 11

```
                UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------    Civil Action No.
Joint Stock Company "Channel One     16-cv-1318
Russia Worldwide," Closed Joint
Stock Company "CTC network,"
Closed joint Stock Company "TV
DARIAL," Closed Joint Stock
Company "New Channel," Limited
Liability Company "Rain No.:
TV-Channel," and Limited Liability
Company "Comedy TV," (GBD)(BCM)

         Plaintiffs,

vs.

INFOMIR, LLC
(www.infomirusa.com), INFOMIR
GMBH, ALEXANDER MARAHOVSKY,
EVGENI LEVITIN,
TELECOMMUNICATIONS TECHNOLOGIES
LTD., PANORAMA ALLIANCE, LP
(www.mypanorama.tv), ASAF
YEVDAYEV, DAVID ZELTSER,
GOODZONE TV (www.gudzon.tv),
MOIDOM LLC, TELEPROM, VDALI,
MHCOM GmbH and John Does 1-50,

         Defendants.
---------------------------------
```

** ATTORNEYS' EYES ONLY **

DEPOSITION OF GRIGORIY GOLDFEDIB

January 16, 2018

10:30 a.m.

Reported by:

Eileen Mulvenna, CSR/RMR/CRR

2

1
2      DEPOSITION of GRIGORIY GOLDFEDIB,
3  a nonparty witness in the above-titled action, held
4  at the offices of Day Pitney, 7 Times Square, New
5  York, New York, on January 16, 2018, at 10:30 a.m.,
6  before Eileen Mulvenna, CSR/RMR/CRR, Certified
7  Shorthand Reporter, Registered Merit Reporter,
8  Certified Realtime Reporter, and Notary Public of
9  the State of New York.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case 1:18-cv-02318-LGS-BCM Document 96-11 Filed 01/28/19 Page 4 of 7
Case 1:16-cv-01318-GBD-BCM Document 527-12 Filed 02/26/19 Page 4 of 321

3

A P P E A R A N C E S:

On behalf of the Plaintiffs:

    DUNNINGTON BARTHOLOW & MILLER, LLP
        250 Park Avenue, Suite 1103
        New York, New York 10177
        212.682.8811
    BY: SAMUEL A. BLAUSTEIN, ESQ.
        sblaustein@dunnington.com
        HARDIN P. ROWLEY, ESQ.
        hrowley@dunnington.com

On behalf of the Defendant Infomir and the Witness:

    BERKOWITZ LICHTSTEIN KURITSKY GIASULO & GROSS LLP
        75 Livingston Avenue
        Roseland, New Jersey 07068
    BY: EVAN SILAGI, ESQ.
        esilagi@blkgg.com

On behalf of the Defendant GoodZone:

    MARCUS A. NUSSBAUM, ESQ.
        P.O. Box 24559
        Brooklyn, New York 11224

On behalf of the Defendant Infomir (limited basis):

    O'MELVEY & MYERS LLP
        Times Square Tower
        7 Times Square
        New York, New York 10036-6537
    BY: GARY SVIRSKY, ESQ.
        gsvirsky@omm.com

Case 1:18-cv-02318-LGS-RCM Document 96-11 Filed 01/28/19 Page 5 of 7
Case 1:16-cv-01318-GBD-BCM Document 517-12 Filed 02/16/18 Page 243 of 321

244

1                    GRIGORIY GOLDFEDIB
2              THE WITNESS:  Say it again.
3     BY MR. BLAUSTEIN:
4          Q.     How would a customer in the United
5     States find out that Infomir LLC sells the Infomir
6     brand box?
7          A.     When they go to the global website,
8     which is Infomir.eu, there's a link where to buy.
9     When they choose the country from North, South
10    America or Caribbean, the information about Infomir
11    LLC as a recommended reseller pops up.  And you know
12    that because you have filed this into the law
13    papers.
14         Q.     Does Infomir LLC earn any revenue by
15    selling advertising time?
16             MR. SILAGI:  Objection to the form.
17             THE WITNESS:  I don't understand what
18        you are talking about.
19    BY MR. BLAUSTEIN:
20         Q.     Okay.  Does Infomir LLC make any money
21    that is not directly related to the sale of the
22    boxes it sells?
23         A.     No.
24         Q.     So is it accurate to say that all of
25    Infomir's profits are the result of its sales of

245

1                    GRIGORIY GOLDFEDIB
2        set-top boxes?
3                    MR. SILAGI:  Objection to form.
4                    THE WITNESS:  Yes.
5                    MR. SILAGI:  Go ahead.
6                    THE WITNESS:  This is absolutely
7            correct.
8        BY MR. BLAUSTEIN:
9              Q.    Mr. Goldfedib, have you ever heard of
10       a company called VertaMedia?
11             A.    Yes.
12             Q.    And to the best of your understanding,
13       what does VertaMedia do?
14             A.    I have no idea.  First time I heard
15       about them, when I saw the opposition papers which
16       you filed just about couple of days ago.
17             Q.    Has Infomir LLC ever done any business
18       with VertaMedia?
19             A.    As I have told you, I never heard
20       about the company before.
21             Q.    Have you ever heard of an entity
22       called Saguar, S-A-G-U-A-R, Invest?
23             A.    No.
24             Q.    Do you sell boxes to Panama?
25             A.    Panama?

Case 1:18-cv-02318-LGS-BCM Document 96-11 Filed 01/28/19 Page 7 of 7
Case 1:16-cv-01318-GBD-BCM Document 517-12 Filed 02/15/19 Page 281 of 321

282

1        GRIGORIY GOLDFEDIB
2    reservations that were put on the record
3    before, we will conclude for the day.
4            MR. SILAGI:  Okay.  And I'll just
5    conclude by stating that we reserve all our
6    rights to review the transcript under the
7    court rules and applicable confidentiality
8    orders that have been entered, and no further
9    questions at this time.
10           (Examination was concluded.  The time
11   is 5:54 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25