UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE,"

Plaintiff,

-against-

RUSSIAN TV COMPANY INC., et al.,

Defendants.

18-CV-02318 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' joint letter dated February 11, 2020 (Dkt. No. 220), describing their outstanding dispute regarding plaintiff's privilege claims.

It is hereby ORDERED that defendants shall promptly identify 3 exemplars from each of the two disputed categories as to which plaintiff has made a claim of privilege (*see* Joint Ltr. at 2) for *in camera* review. No later than **February 19, 2020,** plaintiff shall submit these exemplars, along with the corresponding portions of its privilege log, to chambers by courier or hand delivery. By the same date, each side may file a letter-brief, on the public docket, explaining why it believes the documents are or are not privileged.

Dated: New York, New York
       February 12, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**