UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY CHANNEL
ONE RUSSIA WORLDWIDE, et al.,

          Plaintiffs,

  -against-

RUSSIAN TV COMPANY INC., et al.,

          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/23/20

18-CV-2318 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has received and reviewed defendants' letter-motion dated July 22, 2020, seeking an order compelling Ms. Panfilova's attendance at her deposition "on the earliest practicable date." (Dkt. No. 228.) Plaintiff's responding letter is due by July 27, 2020. On July 8, 2020, this Court extended the deadline to complete Ms. Panfilova's deposition – for the second time – to July 31, 2020, and advised the parties that no further extensions would be granted. (Dkt. No. 227.) If plaintiff contends that Ms. Panfilova is unable to testify within that deadline for medical reasons, plaintiff shall submit properly authenticated medical records (accompanied by a certified translation if not in English) evidencing the relevant medical condition(s), the reasons they prohibit the witness from sitting for a (remote) deposition this month, and the prognosis for her ability to testify in the future.

Dated: New York, New York
       July 23, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**