

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE,"

    Plaintiff,

-against-

RUSSIAN TV COMPANY INC., et al.,

    Defendants.

18-CV-2318 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Pursuant to this Court's July 28 Order granting in part plaintiff's motion to seal (Dkt. No. 232), the Clerk of Court is respectfully directed to file Ms. Panfilova's July 27 email to chambers, and the attached records, under seal (ex parte).

Dated: New York, New York
       July 30, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**