UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE,"

        Plaintiff,

-against-

RUSSIAN TV COMPANY INC., et al.,

        Defendants.



18-CV-2318 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has received and reviewed (1) defendants' letter-motion dated July 22, 2020 (Dkt. No. 228), seeking an order compelling the deposition of Olga Panfilova "on the earliest practicable date"; (2) non-party Kartina Digital GmbH's letter in opposition, dated July 27, 2020 (Dkt. No. 231), which also requests that the Court amend its December 20, 2019 Order (Dkt. No. 211) to allow Kartina Digital GmbH "to designate a substitute 30(b)(6) witness"; (3) relevant medical records, filed under seal (ex parte) (Dkt. No. 231-1); and (4) defendants' reply letter, dated July 29, 2020 (Dkt. No. 233).

    It hereby **ORDERED** that Judge Moses will hold a telephonic discovery conference on **August 6, 2020, at 10:00 a.m.** At that time, the parties shall call 888-557-8511 and enter the access code 7746387. Due to the confidential nature of the underlying medical information, the Court will separately email a security code to counsel prior to the conference. It is the Court's intention to resolve this dispute at the August 6 conference, based on the letters submitted, together with any argument presented at the conference, unless a party shows good cause why more formal briefing is required.

Dated: New York, New York
       July 31, 2020

                            **SO ORDERED.**

                            _____
                            **BARBARA MOSES**
                            **United States Magistrate Judge**