USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE,"

    Plaintiff,

-against-

RUSSIAN TV COMPANY INC., et al.,

    Defendants.

18-CV-2318 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

Discovery having closed on August 21, 2020 (Dkt. No. 238), the deadline to file summary judgment motions is **September 21, 2020**.

Dated: New York, New York
      August 24, 2020

**SO ORDERED.**

_/s/ Barbara Moses_
**BARBARA MOSES**
**United States Magistrate Judge**