UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
JOINT STOCK COMPANY "CHANNEL ONE                            :
RUSSIA WORLDWIDE",                                          :
                                     Plaintiff,             :   18 Civ. 2318 (LGS)
                                                            :
              -against-                                     :   ORDER
                                                            :
RUSSIAN TV COMPANY, INC., et al.,                           :
                                     Defendants.            X
------------------------------------------------------------
LORNA G. SCHOFIELD, District Judge:

   WHEREAS, on October 6, 2020, an order was issued scheduling a pre-motion conference on October 22, 2020, at 10:30 A.M. (Dkt. No. 250).  Due to a conflict in the Court's schedule, it is hereby

   **ORDERED** that, the pre-motion conference is adjourned from **October 22, 2020, at 10:30 A.M.** to **October 29, 2020, at 10:30 A.M.**  The parties shall call (888) 262-4749 and use Access Code 558-3333.  The time of the conference is approximate but the parties shall be ready to proceed at that time.

Dated: October 15, 2020
       New York, New York

                                        _____
                                            **LORNA G. SCHOFIELD**
                                         **UNITED STATES DISTRICT JUDGE**