UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
Joint Stock Company "Channel One Russia Worldwide,"

                           Plaintiff,

  -against-

RUSSIAN TV COMPANY, INC., SR EXPRESS
CONSULTING INC. d/b/a TECHSTUDIO,
STEVEN RUDIK, SERVERNAYA INC.,
ESTIDESIGN INC. and John Does 1-10.

                         Defendants.
------------------------------------------------------------------X

Index No.  18-cv-2318

**NOTICE OF MOTION FOR RECONSIDERATION**

      PLEASE TAKE NOTICE that upon the annexed (i) memorandum of law, and (ii) all prior pleadings and proceedings had herein, Plaintiff Joint Stock Company "Channel One Russia Worldwide" ("Channel One"), will move this Court at a time to date to be directed by the Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure and Local Rule 6.3 for clarification of the reference to Judge Moses and reconsideration of Sections IV.A.3 and IV.B of the Court's September 22, 2021 Amended Findings of Fact and Conclusion of Law (ECF 292).

      **PLEASE TAKE FURTHER NOTICE** that opposition papers, if any, shall be filed and served in accordance with the Local Rules of the Southern District of New York or as directed by the Court.

Defendants shall file a response by October 15, 2021.

So Ordered.

Date:  October 7, 2021
         New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

1

Dated: New York, New York
October 6, 2021

Respectfully submitted,

**DUNNINGTON BARTHOLOW & MILLER LLP**
*Attorneys for Plaintiff*

By: ⎯⎯/s Raymond J. Dowd⎯⎯⎯⎯
Raymond J. Dowd
Hardin P. Rowley
230 Park Avenue, 21st Floor
New York, New York 10169
Telephone: 212-682-8811
Facsimile: 212-661-7769
rdowd@dunnington.com
hrowley@dunnington.com