UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE,"

        Plaintiff,

-against-

RUSSIAN TV COMPANY INC., et al.,

        Defendants.

18-CV-2318 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The district judge has referred this action to me for a report and recommendation on statutory damages, attorneys' fees, and costs. For the reasons discussed during today's telephonic conference, I will not finalize the schedule or procedures for that phase of the case until the district judge has resolved the pending motion (Dkt. No. 299) for reconsideration of portions of her September 22, 2021 Amended Findings of Fact and Conclusions of Law (Dkt. No. 292) and for clarification of my reference. The parties are directed to contact chambers within one week after the reconsideration/clarification motion is decided to schedule a conference. At that time I will give the parties a briefing schedule and – unless the district judge has already resolved the question – will determine whether they will be permitted to submit additional evidence for the purpose of litigating the statutory damages issue. Plaintiff's application for attorneys' fees and costs, which will require evidence, will be due after statutory damages are determined.

Dated: New York, New York
       October 12, 2021

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**