

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE," | |
| Plaintiff, | |
| -against- | |
| RUSSIAN TV COMPANY, INC., et al., | |
| Defendants. | |

18-CV-2318 (LGS) (BCM)

**ORDER SCHEDULING TELEPHONIC CONFERENCE**

**BARBARA MOSES, United States Magistrate Judge.**

Judge Moses will conduct a telephonic conference on **November 22, 2021, at 10:00 a.m.** The parties are directed to dial in using the phone number (888) 557-8511 and the access code 7746387.

Dated: New York, New York
        November 16, 2021

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**