

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE,"

          Plaintiff,

-against-

RUSSIAN TV COMPANY, INC., et al.,

          Defendants.

18-CV-2318 (LGS) (BCM)

**ORDER RE DAMAGES BRIEFING**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's telephonic conference, the Court will make a recommendation regarding damages to the district judge based upon the existing evidentiary record. The parties may argue the damages issues, based upon that record, on the following schedule:

| | |
|---|---|
| Plaintiff's opening brief: | December 17, 2021 |
| Defendants' responding brief: | January 7, 2022 |
| Plaintiff's reply brief: | January 14, 2022 |

    Principal briefs are limited to ten pages. The reply brief is limited to five pages. The Court does not require any additional briefing regarding the language of the proposed permanent injunction.

Dated: New York, New York
       November 22, 2021          SO ORDERED.

                                                         **BARBARA MOSES**
                                                         **United States Magistrate Judge**