

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE,"

                Plaintiff,

-against-

RUSSIAN TV COMPANY, INC., et al.,

                Defendants.

18-CV-2318 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed defendants' sealing motion at Dkt. No. 327 and plaintiff's sealing motion at Dkt. No. 330. Defendants' motion is GRANTED IN PART, and plaintiff's motion is GRANTED, as follows:

Defendants seek to seal Exhibits E and F to the Hogan Declaration (Dkt. Nos. 328-8 and 328-9), which contain personally identifying information regarding multiple non-party customers of defendant RTV. That information may appropriately be sealed.

Defendants also seek to seal Exhibits G and H to the Hogan Declaration (Dkt. Nos. 328-10 and 328-11) to protect "sensitive business information" of nonparty Kartina. Exhibit G appears to list payments made by defendant Rudik to Kartina, from 2011 to 2017, for access codes. Exhibit H is an email from a Kartina executive concerning its sale of access codes to defendants. These topics have been discussed at length in publicly-filed documents in this action. *See, e.g.*, Amended Findings of Fact and Conclusions of Law (Dkt. No. 292) at 3-4, 6, 12. It is not obvious to the Court what, if anything, is sufficiently "sensitive" in Exhibits G and H to justify sealing, and defendants offer no explanation in their letter-application.[1]

---

[1] At present, the entire Hogan declaration (Dkt. No. 328), including all of its exhibits, is under temporary electronic seal.

Plaintiff does not oppose defendants' sealing request, and asks that the Court extend its sealing order to Exhibits 2, 4, and 5 to the Rowley Declaration (Dkt. Nos. 323-2, 323-4, and 323-5), which consist of annotated versions of documents that defendants previously filed under seal.[2] All three exhibits contain personally identifying information regarding multiple non-party customers of defendant RTV. That information may appropriately be sealed.

Consequently, it is hereby ORDERED that Dkt. Nos. 323-2, 323-4, 323-5, 328-8, and 328-9 will be maintained under seal at their current viewing level. The remainder of the Hogan Declaration (including all of its exhibits except Exhibits E and F) will be placed in public view.

Dated: New York, New York
       January 27, 2022                       SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**

---

[2] At present, Exhibits 2, 4, and 5 to the Rowley Declaration are under temporary electronic seal. The declaration itself (Dkt. No. 323) is publicly available, as are its other exhibits.