# DUNNINGTON
## BARTHOLOW & MILLER LLP

ATTORNEYS AT LAW

230 Park Avenue, 21st Floor | New York, NY 10169 | Telephone: 212.682.8811 | www.dunnington.com | RDowd@dunnington.com

December 5, 2023

**VIA ECF**
Hon. Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Joint Stock Company "Channel One Russia Worldwide" v. Russian TV Company Inc., et al*. **(18-cv-2318)**

Dear Judge Schofield:

      We are writing in response to the Court's November 29, 2023 Order (ECF 363), on behalf of Plaintiff Joint Stock Company "Channel One Russia Worldwide" ("Channel One"). The Court has requested that the parties provide "any legal arguments for why the Court should not enter judgment and stay execution of such judgment until [Channel One] is no longer subject to sanctions under the Executive Order 14024 or is granted a license by the Office of Foreign Assets Control…." Channel One respectfully submits that for the reasons set forth in its Memorandum of Law in Opposition to Defendants' Motion to Stay Entry of Judgment (ECF 353), there are no legal arguments preventing the Court's proposal and the proposed actions are consistent with language and purpose of General License 31 which authorizes the prosecution of this action.

      Channel One agrees that the Court should enter a final judgment in this case to minimize delay and start the appeal process. Channel One further agrees that it is appropriate for the Court to stay Channel One's enforcement of that judgment until Channel One obtains an appropriate license to engage in the transactions ordinarily necessary and incident to enforcement of the judgment entered into in this case including the payment of any awarded damages. Once that license is obtained, or the sanctions are otherwise lifted, Channel One will notify the Court and request any stay be lifted.

                                            Respectfully submitted,

                                            /s/ Raymond J. Dowd