

745 Fifth Avenue, 5th Floor, New York, NY 10151
T. 646-770-7445   F. 646-417-7997
GROSSMANLLP.COM

December 6, 2023

**VIA ECF**

Hon. Lorna G. Schofield
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York  10007

      Re:    *Joint Stock Company "Channel One Russia Worldwide" v. Russian TV Company, Inc., et al.*, Case No. 18-cv-2318 (LGS) (BCM)

Dear Judge Schofield:

      We write on behalf of Defendants under the Court's November 29, 2023, Order to respectfully submit that a Judgment should not be entered—even with a stay of enforcement—until Plaintiff has obtained an OFAC license (or applicable OFAC sanctions are lifted).

      A stay of entry is warranted here because of the significant prejudice to Defendants of an unsatisfiable Judgment—regardless of whether such a Judgment is enforceable.  For as long as it remained on Defendants' books and in the public record, an unpaid Judgment of upwards of $1 million would reflect negatively on Defendants in the eyes of existing and prospective stakeholders, lenders, creditors, and business partners, and require Defendants to expend resources determining how to properly account for it in Defendants' records and filings.  *See, e.g.*, *Poppel v. Rockefeller Univ. Hosp.*, 2019 WL 3334476, at *3 (S.D.N.Y. July 25, 2019) (finding that even "logistical" burdens on Defendants weighed in favor of staying proceedings).  And indeed, nothing guarantees that OFAC will grant Plaintiff any license, so the burdens of such an unsatisfiable Judgment could remain with Defendants indefinitely.  All the more reason to require Plaintiff to obtain a license *first*, *then* return to the Court to seek entry of Judgment.

      For its part, Plaintiff's recent letter does not argue that any of the *Kappel* factors weighs against a stay of entry, or that such a stay would impose any undue burden.  (*See* ECF No. 364; *see generally* ECF No. 348 at 6.)  The heavy burden on Defendants of an outstanding unsatisfiable Judgment, together with the considerations Defendants have raised under the other *Kappel* factors, thus weigh in favor of a stay.  (*See* ECF No. 348 at 5–8; ECF No. 362 at 4.)  Defendants respectfully request that the Court stay entry of any money Judgment until applicable sanctions are lifted or until Plaintiff obtains an OFAC license allowing such a Judgment to be satisfied.

                                                                                 Respectfully submitted,

                                                                                 Webster D. McBride

cc:      All counsel of record (*via* ECF)