```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/22/23_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOINT STOCK COMPANY "CHANNEL ONE RUSSIA WORLDWIDE,"

          Plaintiff,

-against-

RUSSIAN TV COMPANY, INC., et al.,

          Defendants.

18-CV-2318 (LGS) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    The Court has reviewed the parties' submissions concerning plaintiff's request for an award of fees and costs. It appears to the Court that plaintiff has not included all of the relevant law firm invoices in its submission. There is no invoice for the period December 1, 2019 through April 30, 2020. Unless plaintiff wishes to exclude work performed during this period from its application, it should submit a supplemental declaration attaching and authenticating the missing invoice as promptly as possible.

    Additionally, the Court would appreciate a summary compilation, preferably in an Excel spreadsheet, showing, *for the period covered by each invoice*:

1. The number of compensable hours worked during that period by each attorney or other timekeeper for which a fee award is sought;

2. The hourly rate sought for each timekeeper;

3. The total amount of fees sought for each timekeeper for that period (that is, the product of items 1 and 2);

4. The total amount of fees sought for all timekeepers for that period;

5. The total amount of expense reimbursement sought for that period; and

6. Whether all or part of the fees and expenses for that time period have been paid, and, if so, by whom.

Dated: New York, New York
       December 22, 2023

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**