UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------X
Joint Stock Company "Channel One Russia Worldwide,"

                                  Plaintiff,

   -against-

RUSSIAN TV COMPANY, INC., SR EXPRESS
CONSULTING INC. d/b/a TECHSTUDIO,
STEVEN RUDIK, SERVERNAYA INC.,
ESTIDESIGN INC., and John Does 1-10.

                                 Defendants.
-----------------------------------------------X

Index No. 18-cv-2318

~~[PROPOSED]~~
**JUDGMENT**

       Plaintiff Joint Stock Company "Channel One Russia Worldwide," ("Plaintiff" or "Channel One") commenced this action on March 19, 2018 asserting claims for Unauthorized Publication or Communication under the Federal Communications Act, Unauthorized Interception, Reception, and Assistance in Intercepting or Receiving Broadcasts in Violation of 47 U.S.C. § 553, Unauthorized Decryption or Circumvention of Technological Measures in Violation of the Digital Millennium Copyright Act, Trafficking in Decryption Technology in Violation of the Digital Millennium Copyright Act, Trademark Infringement Under § 43 of the Lanham Act, False Advertising Under § 43 of the Lanham Act, Copyright Infringement, Secondary Copyright Infringement, New York Gen. Bus. Law § 349, Unfair Competition and Common Law Infringement (Accounting), and Declaratory Judgment and requesting a declaration adjudging that Channel One owns all rights, titles and interests to the Channels and Programming and that Defendants have no rights, title or interest to the Channels and programming, an order permanently enjoining Defendants and their officers, agents, servants, and employees and all those in active concert or participation with them, including but not limited to payment processors, from

infringing upon Channel One's exclusive rights to the Channels and Programming, an order permanently enjoining Defendants from importing, marketing or selling any device that is designed or utilized for the purposes of unlawfully accessing Channel One's Channels and Programming, an order permanently disabling the Defendants' website and IP addresses used by Defendants, either directly or through the appropriate domain registrar and a registry hold rendering such Website and IP addresses nontransferable, a judgment awarding ownership of the Website to Channel One, an award to Channel One of monetary damages, including, where applicable, statutory damages, costs, together with reasonable attorneys' fees and prejudgment interest, and an award to Channel One ~~one~~ of exemplary damages against Defendants Russian TV Company, Inc., Techstudio and Steven Rudik (collectively "RTV" or "Defendants").

On March 7, 2019, Defendant Russian TV Company, Inc. ~~the Defendant~~ answered the Complaint denying the material allegations in the Complaint.

On November 24, 2020, Channel One filed a Motion for Partial Summary Judgment.

On September 22, 2021, this Court issued an Amended Findings of Fact and Conclusions of Law finding Defendants liable for violating FCA § 605(a) and referred the issue of damages, attorneys' fees and costs to Magistrate Judge Barbara Moses.

On November 18, 2022, Magistrate Judge Barbara Moses issued a Report and Recommendation recommending an award of $1,149,000 in statutory damages, in addition to attorneys' fees and costs in an amount to be determined after further proceedings.

On April 20, 2023, this Court entered a permanent injunction enjoining Defendants from broadcasting or otherwise distributing programming broadcast by Plaintiff without Plaintiff's prior authorization.

On the same day, this Court adopted in full the Report and Recommendation of Magistrate Judge and awarded Plaintiff a total of $1,149,000 in statutory damages, in addition to attorneys' fees and costs in an amount to be determined after further proceedings.

On May 4, 2023, Defendants moved for a stay of entry of judgment. On January 12, 2024, after receiving additional briefing from the parties, this Court denied Defendants' motion.

**IT IS HEREBY ADJUDGED** that Plaintiff Joint Stock Company "Channel One Russia Worldwide" has judgment and does recover of Defendants Russian TV Company, Inc., SR Express Consulting Inc. d/b/a Techstudio, Steven Rudik, Servernaya Inc., and ESTIDesign Inc., the sum of $1,149,000.00 together with attorney's fees and costs to be determined after further proceedings and that Plaintiff Joint Stock Company "Channel One Russia Worldwide" has execution therefor. This Judgment is final and appealable.

**IT IS FURTHER ADJUDGED** that enforcement of this Judgment is hereby stayed pending further Order of the Court following either (i) Plaintiff's no longer being subject to sanctions under Executive Order 14024 or (ii) anyone's obtaining a specific license from the Office of Foreign Assets Control authorizing Plaintiff's receipt of funds.

Dated: January 30, 2024
       New York, New York

                                    _____
                                          LORNA G. SCHOFIELD
                                       UNITED STATES DISTRICT JUDGE