UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
JOINT STOCK COMPANY "CHANNEL ONE :
RUSSIA WORLDWIDE," :
 : 18 Civ. 2318 (LGS)
                              Plaintiff, :
            -against- : **ORDER**
 :
RUSSIAN TV COMPANY, et al., :
 :
                              Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff seeks an award of $1,072,370 in attorney's fees and expenses pursuant to 47 U.S.C. § 605(e)(3)(B)(iii) for prevailing on its claim that Defendants had violated § 605(a) of the Federal Communications Act, 47 U.S.C. § 605(a), by illegally rebroadcasting Plaintiff's television programming. The matter was referred to Magistrate Judge Barbara Moses;

WHEREAS, on January 31, 2024, Judge Moses issued a Report and Recommendation (the "Report") recommending that Plaintiff be awarded a total of $450,758 in fees and no costs;

WHEREAS, as stated in the Report, the deadline for any objections was fourteen days from service of the Report;

WHEREAS, no objections were timely filed;

WHEREAS, in reviewing a magistrate judge's report and recommendation, a district judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C). "In a case such as this one, where no timely objection has been made, a district court need only satisfy itself that there is no clear error on the face of the record." *Kuan v. Notoriety Grp. LLC*, No. 22 Civ. 1583, 2023 WL 3936749, at *1 (S.D.N.Y. June 9, 2023);

WHEREAS, the Court finds no clear error on the face of the record as to Judge Moses's recommendations. It is hereby

**ORDERED and ADJUDGED** that the Report is ADOPTED in full. For the reasons stated in the Report, Plaintiff is awarded $450,758 in attorney's fees under 47 U.S.C. § 605(e)(3)(B)(iii) and no costs.

Dated: February 29, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE